**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**GREGORY MATTHEWS**                                                                                      **PLAINTIFF**

v.                              **CASE NO: 3:14CV00259 BSM**

**DENSO MANUFACTURING ARKANSAS, INC.**                                   **DEFENDANT**

**JUDGMENT**

Consistent with the order entered separately today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of December 2015.

_____
UNITED STATES DISTRICT JUDGE